# neustar

Date: 05/12/2012

KENNETH RAYNNELS
204 VILLAGE WALK DR
MACUNGIE, PA, 18062

Target Details: IP Address   64.121.23.64   on   03/05/2012 05:22:00 AM

Dear RCN Customer:

Neustar, as the designated agent of RCN Telecom Services (Lehigh) LLC, its affiliates and subsidiaries (collectively, "RCN"), has been authorized to respond to subpoenas, search warrants, and court orders for the production of subscriber records.

It is the policy and practice of RCN, to notify an RCN subscriber that a subpoena has been received for that particular subscriber's records or other subscriber information.

Accordingly, please be advised that on 04/25/2012 a Civil Proceeding Subpoena Request was received from Christopher Fiore, Esq., Phone # (215)-256-0205.

Pursuant to law, RCN will comply with this subpoena on 06/11/2012 unless we receive legal documents that delay or terminate the process on or before 06/10/2012.

Please note that, RCN is not a party to this lawsuit and has no information whatsoever about the basis for the subpoena. Again, RCN is not a named party but rather has been subpoenaed under law to provide certain information related to your subscriber records.

Any questions you may have about the subpoena itself should be referred to Christopher Fiore, Esq., Phone # (215)-256-0205. If you have a need to contact Neustar about this letter or Neustar's procedure, please contact Neustar at (877) 510-4357, Option 4. To better enable us to provide prompt assistance, please refer to case # QC23194 when calling.

Sincerely,

Quinn Clemmons
Authorized Agent for Custodian of Records
RCN Telecom Services (Lehigh) LLC

If you would like to authorize the immediate release of your records prior to the date referenced above, please sign in the space provided below and fax this page to us at (571) 434-3401. Please note that RCN is required to provide the requested information by compunction of law. Your failure to sign and return this form will not restrict RCN's obligation to furnish the information as requested of RCN under law.

_____                    _____
Customer Signature                                  Date

Neustar, Inc.    21575 Ridgetop Circle, Sterling, VA 20166 / tel: 877 510-4357  fax: 571 434-3401                    www.neustar.biz



Exhibit A