IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : No. 12-2077 |
| JOHN DOES 1-15, | : |
| Defendants. | : |

**O R D E R**

**AND NOW,** this 30th day of July, 2012, upon consideration of the Motions to Sever and Quash the Subpoena (Doc. No. 7) filed by the Defendant, John Doe #5 and the Response in Opposition filed by Plaintiff, Malibu Media, LLC, it is hereby **ORDERED** that said Motions are **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE