IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MALIBU MEDIA, LLC,                             : | |
| : | |
| Plaintiff,                    : | |
| : | CIVIL ACTION |
| v.                                                     : | |
| : | No. 12-2077 |
| JOHN DOES 1-15,                                : | |
| : | |
| Defendants.               : | |

### **O R D E R**

**AND NOW,** this 10th day of August, 2012, upon consideration of the "Motion to Dismiss and, in the alternative, to Issue a Protective Order and Motion for Leave to Proceed Anonymously" (Doc. No. 9) filed by the Defendant, John Doe #12 and the Response in Opposition filed by Plaintiff, Malibu Media, LLC, it is hereby **ORDERED** that said Motions are **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE