UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                          :
:    Civil Action No. 2:12-cv-02077-RK
              Plaintiff,                                    :
:
         vs.                                                :
:
JOHN DOES 1-15,                                             :
:
              Defendants.                                   :
:
------------------------------------------------------------X

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME
WITHIN WHICH IT HAS TO SERVE DEFENDANTS
<u>WITH A SUMMONS AND COMPLAINT</u>**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC, moves for entry of an order extending the time within which Plaintiff has to serve Defendants with a Summons and Complaint, and states:

1.  This is a copyright infringement case against fifteen (15) John Doe Defendants known to Plaintiff only by an IP address. The true identities of the Doe Defendants are known by their respective internet service providers ("ISPs").

2.  On April 25, 2012, Plaintiff served subpoenas on each of the ISPs, requesting that they produce the identifying information for the Defendants. The ISPs responses were due on or about June 11, 2012.

3.  Plaintiff has recently received the identity for John Does 5 and 12, who are the last remaining Defendants. Plaintiff is currently in the process investigating the circumstances revolving Defendants' infringements prior to serving them with a summons and Complaint.

4. Pursuant to Rule 4(m), Plaintiff is required to serve Defendants with a summons and Complaint by no later than today, August 17, 2012. As Plaintiff just recently received Defendants' identities, it has been unable to serve Defendants in compliance with Rule 4(m).

5. Procedurally, Plaintiff respectfully requests that the time within which it has to serve the Defendants be extended an additional fourteen (14) days, or until August 31, 2012.

WHEREFORE, Plaintiff respectfully requests that the time within which it must serve the Doe Defendants be extended until August 31, 2012. A proposed order is attached for the Court's convenience.

Dated: August 17, 2012

                Respectfully submitted,

                FIORE & BARBER, LLC

By:   /s/ *Christopher P. Fiore*
      Christopher P. Fiore, Esquire
      Aman M. Barber, III, Esquire
      Attorneys for Plaintiff
      425 Main Street, Suite 200
      Harleysville, PA 19438
      Tel: (215) 256-0205
      Fax: (215) 256-9205
      Email: cfiore@fiorebarber.com
      ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   /s/ *Christopher P. Fiore*